**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| CITY OF FISHERS, INDIANA et al.; on behalf of itself and all others similarly situated,<br><br>   Plaintiffs,<br><br>  vs.<br><br>NETFLIX, INC. et al.;<br><br>   Defendants. | CASE NO.  1:20-cv-2351-JMS-MPB<br><br>**CLASS ACTION** |

## PLAINTIFFS' MOTION TO REMAND TO STATE COURT

Plaintiffs, by counsel, respectfully request that the Court remand this case to the Indiana Commercial Court (Marion County) based on the comity abstention doctrine. *See, e.g., City of Creve Coeur, Mo. v. DIRECTV, LLC,* No. 4:18cv1453, 2019 WL 3604631 (E.D. Mo. Aug. 6, 2019). Plaintiffs' Brief in Support of Motion to Remand to State Court is contemporaneously submitted herewith.

Dated: September 15, 2020

Respectfully submitted,

/s/ *Theodore R. Boehm*
Theodore R. Boehm
Andrew W. Hull
Alice M. Morical
Michael R. Limrick
HOOVER HULL TURNER LLP
111 Monument Circle, Suite 4400
Indianapolis, IN 46204
Tel: (317) 822-4400
Fax: (317) 822-0234
tboehm@hooverhullturner.com
awhull@hooverhullturner.com
amorical@hooverhullturner.com
mlimrick@hooverhullturner.com

George Zelcs (*pro hac vice* forthcoming)
Korein Tillery, LLC
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601
Tel: (312) 641-9750
gzelcs@koreintillery.com

Steven M. Berezney (*pro hac vice* forthcoming)
Garrett R. Broshuis, (*pro hac vice* forthcoming)
Korein Tillery, LLC
505 N. 7th Street, Suite 3600
St. Louis, MO 63101
Tel. (314) 241-4844
Fax. (314) 241-1854
sberezney@koreintillery.com
gbroshuis@koreintillery.com